The judgments of the Court of Civil Appeals and district court are both reversed, and set aside, and judgment is here entered as follows:

(a) Judgment is here rendered that plaintiffs recover from the defendants the title and possession of the land sued for.

(b) The cause is remanded to the district court for trial on the issue of damages.

## DAVIS v. WILLIAMS.
### No. 25323.

Supreme Court of Texas.
Jan. 29, 1941.

G. S. Arnold, of Robert Lee, and Upton, Upton & Baker, of San Angelo, for plaintiff in error.

W. A. Wright and D. I. Durham, both of San Angelo, for defendant in error.

PER CURIAM.

This cause is before this Court on application for writ of error. The matters presented to this Court by the application involve only questions of the admissibility of evidence. The evidence involved does not necessarily control the case. The jurisdiction of this Court is therefore not legally invoked. The application for writ of error is "Dismissed W. O. J.," meaning this Court is without jurisdiction. Merchants' Cotton Oil Co., Inc., v. Acme Gin Co., 121 Tex. 91, 42 S.W. 2d 777; Browder v. Memphis Independent School District, 107 Tex. 535, 180 S.W. 1077.